B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Zivkovic, Mile** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Mike Zivkovic** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-3533** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**4400 Riverside**<br>**Lyons, IL**<br>ZIP Code **60534** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 536**<br>**Lyons, IL**<br>ZIP Code **60534** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)

- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

### Tax-Exempt Entity
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

### Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)

| **Voluntary Petition** _(This page must be completed and filed in every case)_ | Name of Debtor(s): **Zivkovic, Mile** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: | Case Number: **04-33451** | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **Montenegro Metal, Inc.** | Case Number: | Date Filed: |
| District: | Relationship: **owner of company** | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). **X  /s/ Natasha Bukorovic**                    **December 28, 2009** Signature of Attorney for Debtor(s)                    (Date) **Natasha Bukorovic** |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? ☐ Yes, and Exhibit C is attached and made a part of this petition. ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) ■ Exhibit D completed and signed by the debtor is attached and made a part of this petition. If this is a joint petition: ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** (Check any applicable box) |
|---|
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** (Check all applicable boxes) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) _____ (Name of landlord that obtained judgment) _____ (Address of landlord) ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(1/08)                                                                                                          Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Zivkovic, Mile** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Mile Zivkovic**
Signature of Debtor   **Mile Zivkovic**

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**December 28, 2009**
Date

### Signature of Attorney*

X **/s/ Natasha Bukorovic**
Signature of Attorney for Debtor(s)

**Natasha Bukorovic**
Printed Name of Attorney for Debtor(s)

**Natasha Bukorovic**
Firm Name

**5057 N Harlem**
**Chicago, IL 60656**

_____
Address

**Email: nbukorovic@yahoo.com**
**773-592-2188  Fax: 733-337-1133**
Telephone Number

**December 28, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____
_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re __Mile Zivkovic_____     Case No. _____
                                    Debtor(s)            Chapter   __7_____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                    Page 2

       ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

       ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

       ☐ Active military duty in a military combat zone.

    ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Mile Zivkovic**
                       **Mile Zivkovic**

Date:    **December 28, 2009**

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court

### Northern District of Illinois

In re    **Mile Zivkovic** _____,   Case No. _____

                                        Debtor

                                                 Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 5,200.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 336,829.29 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 36 | | 479,197.72 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 1,000.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 1,100.00 |
| Total Number of Sheets of ALL Schedules | | 48 | | | |
| Total Assets | | | 5,200.00 | | |
| Total Liabilities | | | | 816,027.01 | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re **Mile Zivkovic**

,

Debtor

Case No. _____

Chapter _____ **7** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 1,000.00 |
| Average Expenses (from Schedule J, Line 18) | 1,100.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 1,000.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 1,704.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 479,197.72 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 480,901.72 |

B6A (Official Form 6A) (12/07)

.

In re    **Mile Zivkovic**                                                                    ,        Case No. _____
                                                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | Sub-Total > | **0.00** | (Total of this page) |
|---|---|---|---|
| | Total > | **0.00** | |
| | (Report also on Summary of Schedules) | | |

__0__    continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re   **Mile Zivkovic**
_____ ,   Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Miscellaneous used household goods: kitchen table and chairs, bed, tv, sofa** | **J** | **500.00** |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Personal Used Clothing** | **J** | **200.00** |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >   **700.00**
(Total of this page)

__2__  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07) - Cont.

In re   **Mile Zivkovic**                                                    ,   Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >           **0.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Mile Zivkovic** _____,    Case No. _____
                           Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2006 Ford 250 cargo van  113,000 miles Location: 4400 Riverside, Lyons IL** | - | **3,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Used tools purchased at flea markets:  hand tools compressor, welder, torch** | - | **1,500.00** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | **4,500.00** |
| Total > | **5,200.00** |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                     Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

.

In re   **Mile Zivkovic**                                                    ,   Case No. _____
                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                             $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Household Goods and Furnishings** | | | |
| **Miscellaneous used household goods: kitchen table and chairs, bed, tv, sofa** | **ICA § 34-55-10-2(b)(2)** | **500.00** | **500.00** |
| **Wearing Apparel** | | | |
| **Personal Used Clothing** | **735 ILCS 5/12-1001(a)** | **200.00** | **200.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2006 Ford 250 cargo van  113,000 miles** | **735 ILCS 5/12-1001(c)** | **2,400.00** | **3,000.00** |
| **Location: 4400 Riverside, Lyons IL** | **735 ILCS 5/12-1001(b)** | **600.00** | |
| **Machinery, Fixtures, Equipment and Supplies Used in Business** | | | |
| **Used tools purchased at flea markets:  hand tools compressor, welder, torch** | **735 ILCS 5/12-1001(d)** | **1,500.00** | **1,500.00** |

|  | Total: | **5,200.00** | **5,200.00** |
|---|---|---|---|

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **Mile Zivkovic**                                          ,   Case No. _____
                            Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **8671** <br><br> **ABN AMro Mortgage Group** <br> **c/o Shapiro & Kreisman, LLC** <br> **4201 Lake Cook Road** <br> **Northbrook, IL 60062** | | | J | **2001** <br> **Mortgage** <br> **Real Estate located at 5816 W. Waveland Ave., Chicago, IL** <br> **single-family residence** <br> **held as joint tenants: Mile, Verica, and Dragana Zivkovic (non-filing daughter) debtors have 2/3 interest** | | | | | |
| | | | | Value $              **320,000.00** | | | | **243,983.16** | **0.00** |
| Account No. <br><br> **ABN AMro Mortgage Group** <br> **c/o Shapiro & Kreisman, LLC** <br> **4201 Lake Cook Road** <br> **Northbrook, IL 60062** | | | J | **Mortgage arrears** <br> **Real Estate located at 5816 W. Waveland Ave., Chicago, IL** <br> **single-family residence** <br> **held as joint tenants: Mile, Verica, and Dragana Zivkovic (non-filing daughter) debtors have 2/3 interest** | | | | | |
| | | | | Value $              **320,000.00** | | | | **27,142.13** | **0.00** |
| Account No. <br><br> **Bank One** <br> **P. O. Box 818823** <br> **Dayton, OH 45481-8823** | | | J | **2003** <br> **Home equity loan** <br> **Real Estate located at 5816 W. Waveland Ave., Chicago, IL** <br> **single-family residence** <br> **held as joint tenants: Mile, Verica, and Dragana Zivkovic (non-filing daughter) debtors have 2/3 interest** | | | | | |
| | | | | Value $              **320,000.00** | | | | **40,000.00** | **0.00** |
| Account No. <br><br> **Bank One** <br> **P. O. Box 818823** <br> **Dayton, OH 45481-8823** | | | J | **Second Mortgage arrears** <br> **Real Estate located at 5816 W. Waveland Ave., Chicago, IL** <br> **single-family residence** <br> **held as joint tenants: Mile, Verica, and Dragana Zivkovic (non-filing daughter) debtors have 2/3 interest** | | | | | |
| | | | | Value $              **320,000.00** | | | | **4,000.00** | **0.00** |

___**1**___ continuation sheets attached

Subtotal
(Total of this page)

315,125.29          0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   **Mile Zivkovic**                                                ,   Case No. _____
                                                                Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **2137** <br><br> **GMAC** <br>**PO Box 51014** <br>**Carol Stream, IL 60125-1014** | | J | **2002** <br><br> **lien on vehicle** <br><br> **2002 Chevy Silverado 83,000 miles** <br><br> Value $              **20,000.00** | | | | **21,704.00** | **1,704.00** |
| Account No. <br><br> **Shapiro & Kreisman** <br>**4201 Lake Cook Rd** <br>**Northbrook, IL 60062** | | J | **Real Estate located at 5816 W. Waveland Ave., Chicago, IL** <br>**single-family residence** <br>**held as joint tenants: Mile, Verica, and Dragana Zivkovic (non-filing daughter) debtors have 2/3 interest** <br><br> Value $            **320,000.00** | | | | **0.00** | **0.00** |
| Account No. <br><br><br><br><br><br> | | | <br><br><br><br> Value $ | | | | | |
| Account No. <br><br><br><br><br><br> | | | <br><br><br><br> Value $ | | | | | |
| Account No. <br><br><br><br><br><br> | | | <br><br><br><br> Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal <br> (Total of this page) | **21,704.00** | **1,704.00** |
|---|---|---|---|
| | Total <br> (Report on Summary of Schedules) | **336,829.29** | **1,704.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re   **Mile Zivkovic**                                                                    ,        Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**0**   continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07)

In re __Mile Zivkovic__ , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | business | | | | |
| A City Suburban Service, Inc. 100 W. Plainfield Rd. Unit 204 La Grange, IL 60525 | - | | | | | | | | 700.00 |
| Account No. 261-1-0000072032 | | | | | 2005 Medical Bills | | | | |
| Addison Emergency Physicians 520 E. 22nd St. Lombard, IL 60148 | - | | | | | | | | 289.00 |
| Account No. 501-1-5601400006 | | | | | 2005 Medical Bills | | | | |
| Addison Radiology Assoc., S.C. 520 E. 22nd St. Lombard, IL 60148 | - | | | | | | | | 64.00 |
| Account No. 9031 | | | | | 2003 Notice only -- Collection for Bnk One for $256.05 | | | | |
| Alliance One 4850 Street Rd., Level C Trevose, PA 19053 | - | | | | | | | | 0.00 |

__35__ continuation sheets attached

Subtotal
(Total of this page)  1,053.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    S/N:28864-091215    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Mile Zivkovic** _____,   Case No. _____
                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5548** <br><br> **American Express** <br> **c/o NCO Financial Systems** <br> **P.O. Box 41747** <br> **Philadelphia, PA 19101-1457** | | J | **2003** <br> **collection** | | | | 5,271.44 |
| Account No. **3727-155357-81002** <br><br> **American Express** <br> **P.O. Box 981535** <br> **El Paso, TX 79998-1535** | | - | **2003** <br> **credit** | | | | 6,200.00 |
| Account No. **3713-109125-71001** <br><br> **American Express** <br> **P.O. Box 6618** <br> **Omaha, NE 68105-0618** | | - | **credit** | | | | 812.00 |
| Account No. **264** <br><br> **Amoco** <br> **Processing Center** <br> **Des Moines, IA 50367-0100** | | J | **revolving; 03** <br> **Credit card purchases** | | | | 262.40 |
| Account No. <br><br> **Armitage Welding Inc.** <br> **3212 W. Armitage** <br> **Chicago, IL 60647** | | - | **2006** <br> **collection** | | | | 600.00 |

Sheet no. __1__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

13,145.84

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Mile Zivkovic**                                                    , Case No. _____
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Armor Systems Corp.**<br>**2322 N. Green Bay Road**<br>**Waukegan, IL 60087-4209** | - | | **Notice only--collection for Swedish Covenant Hospital** | | | | 0.00 |
| Account No. **9031**<br><br>**Arrow Financial Services**<br>**5996 W. Touhy Ave.**<br>**Niles, IL 60714** | - | | **2004**<br>**collection** | | | | 320.08 |
| Account No. **5181-8700-0684-1866**<br><br>**Aspen Card**<br>**P.O. Box 105555**<br>**Atlanta, GA 30348-5555** | - | | **revolving**<br>**credit** | | | | 549.38 |
| Account No. **4750-5030-4028-8521**<br><br>**Bank One**<br>**P.O. Box 8650**<br>**Wilmington, DE 19899-8650** | X | J | **2003**<br>**Credit card purchases** | | | | 1,947.65 |
| Account No. **04M1-132670**<br><br>**Bank One**<br>**c/o Freedman Anselmo Lindberg & Rap**<br>**P.O. Box 3228**<br>**Naperville, IL 60566-7228** | | J | **2004**<br>**collection** | | | | 4,356.49 |

Sheet no. __2___ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 7,173.60

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Mile Zivkovic** _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **9031** <br><br> **Bank One** <br> **c/o Arrow Financial Services** <br> **5996 W. Touhy Ave.** <br> **Niles, IL 60714-4610** | | J | **2003** <br> **collection** | | | | 320.08 |
| Account No. **4444-0001-2871-3985** <br><br> **Bank One** <br> **P.O. Box 8650** <br> **Wilmington, DE 19899-0882** | | - | **2003** <br> **credit** | | | | 1,100.00 |
| Account No. **2003 8891** <br><br> **Bank One** <br> **1111 Polaris Pkwy, Suite 2P** <br> **Columbus, OH 43240** | | - | **2003** <br> **collection** | | | | 8,166.00 |
| Account No. **zivkovic** <br><br> **Barr Management** <br> **2400 W. Devon** <br> **Chicago, IL 60659** | | - | **2005** <br> **collection** | | | | 3,675.00 |
| Account No. **050521155900000** <br><br> **Bass & Associates** <br> **3936 E. Fort Lowell Rd., Suite 200** <br> **Tucson, AZ 85712-1083** | | - | **2005** <br> **collection for Verizon Wireless** | | | | 704.89 |

Sheet no. __3___ of __35__ sheets attached to Schedule of              Subtotal
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)              13,965.97

B6F (Official Form 6F) (12/07) - Cont.

In re    **Mile Zivkovic**                                                      , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | 2004 | | | | |
| Belmont Central Currency Exchange 5559 W. Belmont Chicago, IL 60641 | | | | | | | | 3,435.00 |
| Account No. | | - | | | | | | |
| Brookfield Currency Exchange 9450 West Ogden Avenue Brookfield, IL 60513 | | | | | | | | Unknown |
| Account No. | | - | | service | | | | |
| California Mufflers & Brakes 8050 W. Ogden Ave. Lyons, IL 60534 | | | | | | | | 350.00 |
| Account No. 4750-5030-4028-8521 | | - | | 2007 collection for Worldwide Asset Protection | | | | |
| Capital Management Services, LP 726 Exchange Street, Suite 700 Buffalo, NY 14210 | | | | | | | | 2,457.41 |
| Account No. 1544 | | - | | 2003 credit card | | | | |
| Capitol One P.O. Box 30285 Salt Lake City, UT 84130-0285 | | | | | | | | 988.00 |

Sheet no. __4__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,230.41**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Mile Zivkovic**                                                      ,   Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | business--Montenegro Metal | | | | |
| Carlos Pineda 925 W. Lakeside Ave. Chicago, IL 60640 | | | | | | | | 10,000.00 |
| Account No. 7084427607964 | | - | | collection for AT&T | | | | |
| CBCS P.O. Box 69 Columbus, OH 43216 | | | | | | | | 470.00 |
| Account No. | | J | | Notice only -- Collection for Dish Network | | | | |
| CBE Group, Inc. 131 Tower Park, Suite 100 P.O. Box 2635 Waterloo, IA 50704-2635 | | | | | | | | 0.00 |
| Account No. KG1286 | | - | | 2007 collection HSBC Bank | | | | |
| CCB Credit Services 5300 S. 6th St. Springfield, IL 62703-5184 | | | | | | | | 662.20 |
| Account No. | | - | | | | | | |
| Cedo Krstic 2001 Sherman Ave. #303 Evanston, IL 60201 | | | | | | | | 1,500.00 |

Sheet no. __5___ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **12,632.20**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Mile Zivkovic**
_____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Cedomir Ristic**<br>**4830 N. Linder Ave., 3A**<br>**Chicago, IL 60630** | | J | **collection on judgment** | | | | **4,000.00** |
| Account No. **1731**<br><br>**Citibak**<br>**c/o United Collection Bureau, Inc.**<br>**P.O. Box 140516**<br>**Toledo, OH 43614-0516** | | J | **revolving; 03**<br>**Credit card purchases** | | | | **2,997.88** |
| Account No. **0079**<br><br>**Citibank**<br>**c/o Encore Receiveables Management**<br>**P.O. Box 3330**<br>**Olathe, KS 66063-3330** | | J | **revolving; 03**<br>**Credit card purchases** | | | | **11,544.93** |
| Account No. **zivkovic**<br><br>**City of Chicago**<br>**Dept. of Consumer Services**<br>**50 W. Washington St., Room 208**<br>**Chicago, IL 60602** | | - | **2007-2009**<br>**multiple ordinance and parking and ticket violations** | | | | **Unknown** |
| Account No. **66347834**<br><br>**City of Chicago**<br>**Department of Revenue**<br>**P.O. Box 805030**<br>**Chicago, IL 60680-1292** | | - | **2005**<br>**collection for Cook county Hospital Medical Bills** | | | | **407.00** |

Sheet no. __6__ of __35__ sheets attached to Schedule of   Subtotal
Creditors Holding Unsecured Nonpriority Claims   (Total of this page)   **18,949.81**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Mile Zivkovic**                                          ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **mile zivkovic** <br><br> **City of Chicago** <br> **Dept of Revenue Collections Divisio** <br> **333 S. State St., Suite 540** <br> **Chicago, IL 60604** | - | | **2005 - 2009** <br> **multiple violations** | | | | **Unknown** |
| Account No. **01-111321-03** <br><br> **Clark-Devon Hardware Co.** <br> **6401 N. Clark St.** <br> **Chicago, IL 60626** | - | | **2005** <br> **equipment rental** | | | | **1,508.00** |
| Account No. **527660** <br><br> **Client Services, Inc.** <br> **3451 Harry Truman Blvd.** <br> **St. Charles, MO 63301-3236** | - | | **Notice only--collection for WFFNB Harlem** | | | | **0.00** |
| Account No. **03-002128927** <br><br> **Credit Collection Services** <br> **Two Wells Avenue Dept. 7250** <br> **Newton Center, MA 02459** | - | | **2006** <br> **collection for American Family Insurance** | | | | **41.00** |
| Account No. **0062-0135391** <br><br> **CRSI** <br> **P.O. Box 13367** <br> **Seattle, WA 98198** | - | | **2006** <br> **Notice only --collection for NECC Telecom** | | | | **0.00** |

Sheet no. __7__ of __35__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                        **1,549.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Mile Zivkovic** _____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0062-0135391** <br><br>**CRSI** <br>**P.O. Box 13367** <br>**Seattle, WA 98198** | - | | **2006** <br>**collection** | | | | **89.08** |
| Account No. <br><br>**D. Wexler & Sons** <br>**4821 S. Aberdeen St.** <br>**Chicago, IL 60609** | - | | | | | | **500.00** |
| Account No. **104921** <br><br>**Diagnostic Radiology Spec., SC** <br>**1415 West 55th St., Suite 101** <br>**Countryside, IL 60525** | | | **2005** <br>**Medical Bills** | | | | **1,086.00** |
| Account No. **8255-90-914-4275861** <br><br>**Dish Network** <br>**Dept. 0063** <br>**Palatine, IL 60055** | J | | **2004** <br> **collection** | | | | **153.84** |
| Account No. <br><br>**Dragan Ostoic** <br>**5922 N. Clark** <br>**Chicago, IL 60660** | - | | | | | | **300.00** |

Sheet no. __**8**___ of __**35**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,128.92**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Mile Zivkovic** _____,  Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | business | | | | |
| Dragomir Ilich 2047 Wilmette Ave. Wilmette, IL 60091 | - | | | | | | | **Unknown** |
| Account No. | | | | business | | | | |
| Dusan Banjeglavic 3737 Bellevue St. Tucson, AZ 85716 | - | | | | | | | **1,300.00** |
| Account No. | | | | | | | | |
| Dusan Milosavljevic 3912 W. Montrose Ave. Chicago, IL 60618 | - | | | | | | | **1,200.00** |
| Account No.  **0079** | | | | **2003** **Notice only -- collection for Citibank** | | | | |
| Encore Receiveable Management 400 N. Rogers Rd. P.O. Box 3330 Olathe, KS 66063-3330 | - | | | | | | | **0.00** |
| Account No. | | | | business | | | | |
| European Builders, Inc. 9502 Lawrence Court Schiller Park, IL 60176 | - | | | | | | | **5,000.00** |

Sheet no. __**9**___ of __**35**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,500.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Mile Zivkovic**                                                              ,   Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Fadil Osmankic**<br>**5316 N. Washtenaw Ave.**<br>**Chicago, IL 60625** | - | | | debt | | | | 5,000.00 |
| Account No.<br><br>**Financial Asset Management Systems**<br>**P.O Box 45109**<br>**Atlanta, GA 31145-9409** | - | | | 2006<br>collection | | | | 8,436.40 |
| Account No. **5178-0077-0203-1824**<br><br>**First Premier Bank**<br>**P.O. Box 5519**<br>**Sioux Falls, SD 57117-5519** | - | | | 2007<br>credit | | | | 383.77 |
| Account No. **21148550-504-5047**<br><br>**Fischer Mangold Joliet**<br>**7535 Southfront Rd. Bldg B**<br>**Livermore, CA 94550-4201** | - | | | 2003<br>Medical Bills | | | | 976.00 |
| Account No.<br><br>**Florim Shala**<br>**4509 Maple Ave., Apt. C**<br>**Brookfield, IL 60513** | - | | | 2007 | | | | Unknown |

Sheet no. __10__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                14,796.17

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Mile Zivkovic**                                                                    ,     Case No. _____
                                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | business | | | | |
| Francisca Borges 232 Jefferson Lane Wood Dale, IL 60191 | - | | | | | | | 10,000.00 |
| Account No. | | | | business | | | | |
| Frane Spahija 7324 Oak Wood St. Lyons, IL 60534 | - | | | | | | | 2,500.00 |
| Account No. 04020569 | | | | 2004 Notice only -- Collection for Bank one | | | | |
| Freedman Anselmo Lindberg & Rappe 1807 W. Diehl Rd. Naperville, IL 60593-1890 | | | | | | | | 0.00 |
| Account No. W082197057 | | | | 2008 IL tollway | | | | |
| GC Services Limited Partnership 6330 Gulfton Houston, TX 77081 | - | | | | | | | 1,203.80 |
| Account No. 9061 | | | | 2004 phone service | | | | |
| Globecom Global Telecom c/o Creditors' Alliance, Inc. P.O. Box 1288 Bloomington, IL 61702-1288 | | J | | | | | | 189.82 |

Sheet no. __11__ of __35__ sheets attached to Schedule of          Subtotal                     | 13,893.62 |
Creditors Holding Unsecured Nonpriority Claims               (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Mile Zivkovic**                                                    ,        Case No. _____
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Goran and Sanya Dimitrijevic** <br> **5519 N. Artesian** <br> **Chicago, IL 60656** | - | | | | | | 2,000.00 |
| Account No. <br><br> **Gordon Brothers Iron & Metal** <br> **1340 W. 43rd St.** <br> **Chicago, IL 60609** | - | | 2007 <br> collection | | | | 150.00 |
| Account No. <br><br> **Gus V. Arvanitis** <br> **GVA holdings LLC** <br> **6111 N. Richmond** <br> **Chicago, IL 60659** | - | | | | | | 3,000.00 |
| Account No. <br><br> **Harris & Harris** <br> **600 W. Jackson Blvd., Suite 400** <br> **Chicago, IL 60661** | - | | 2005 <br> **Medical Bills -- Collection for City of Chicago EMS** | | | | 407.00 |
| Account No. **200352377** <br><br> **Heller and Frisone, Ltd.** <br> **33 N. LaSalle St., Suite 1200** <br> **Chicago, IL 60602** | - | | 2003 <br> **Notice only -- collection for City of Chicago** | | | | 0.00 |

Sheet no. __**12**__ of __**35**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,557.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Mile Zivkovic** _____,    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **51-9080-210813-5** <br><br> **Home Depot** <br> **P.O. Box 689100** <br> **Des Moines, IA 50368-9100** | | - | | | **2002** <br> **store credit** | | | | 2,673.00 |
| Account No. **6035-3220-0347-1731** <br><br> **Home Depot** <br> **P.O. Box 689100** <br> **Des Moines, IA 50368-9100** | | - | | | **2003** <br> **store credit** | | | | 3,000.00 |
| Account No. **199683** <br><br> **Home Depot** <br> **2555 N. Normandy** <br> **Chicago, IL 60707** | | - | | | **2007** <br> **rental** | | | | 83.52 |
| Account No. **24-8329-055788-9** <br><br> **Home Depot** <br> **P.O. Box 689100** <br> **Des Moines, IA 50368-9100** | | - | | | **2003** <br> **store credit** | | | | 2,406.00 |
| Account No. **5207** <br><br> **Household Bank** <br> **PO Box 15521** <br> **Wilmington, DE 19850** | | J | | | **revolving; 03** <br> **Credit card purchases** | | | | 2,586.92 |

Sheet no. __**13**__ of __**35**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**10,749.44**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Mile Zivkovic**                                                                      ,    Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **412224-17-188639-1**<br><br>**Household Financial Services**<br>**P.O. Box 17574**<br>**Baltimore, MD 21297** | | J | 2004<br>Credit card purchases | | | | 9,052.84 |
| Account No. **5120-2550-1005-6186**<br><br>**HSBC Card Services**<br>**P.O. Box 80084**<br>**Salinas, CA 93912-0084** | | - | revolving<br>credit | | | | 686.99 |
| Account No. **5155-9700-1309-8328**<br><br>**HSBC Card Services**<br>**P.O. Box 80084**<br>**Salinas, CA 93912-0084** | | - | revolving<br>credit | | | | 680.13 |
| Account No.<br><br>**Ilija Zorich**<br>**2208 Sand Lake Rd.**<br>**Gurnee, IL 60031** | | - | | | | | 13,000.00 |
| Account No.<br><br>**Illinois Collection Service**<br>**4647 W. 103rd St.**<br>**P.O. Box 646**<br>**Oak Lawn, IL 60454** | | J | 2002<br>collection for Midwest Center for Day Surgery | | | | 604.00 |

Sheet no. __14__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| | 24,023.96 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Mile Zivkovic**                                                    ,        Case No. _____
                                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2007-352** <br><br> **IR Design Inc.** <br> **5300 N. Damen Ave.** <br> **Chicago, IL 60625** | - | | business | | | | 1,300.00 |
| Account No. <br><br> **Jasmin and Senka Burzic** <br> **2644 Reuter Ave.** <br> **Franklin Park, IL 60131** | - | | business lien | | | | 25,000.00 |
| Account No. <br><br> **Jasminka Kostic, M.D.** <br> **3114 W. Irving Park Road** <br> **Chicago, IL 60618** | - | | Medical Bills | | | | 2,000.00 |
| Account No. **1824** <br><br> **Jefferson Capital Systems** <br> **16 McLeland Road** <br> **St. Cloud, MN 56303** | - | | collection for premier bankcard | | | | 383.77 |
| Account No. <br><br> **Joe Salerno** <br> **P.O. Box 4407** <br> **Wheaton, IL 60189** | - | | design service | | | | 500.00 |

Sheet no. __15__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

29,183.77

B6F (Official Form 6F) (12/07) - Cont.

In re    **Mile Zivkovic** _____,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **John Collins** <br> **2648 West Crystal St.** <br> **Chicago, IL 60622** | - | | **business** | | | | 21,870.00 |
| Account No. 004303873 <br><br> **John H. Stroger, Jr. Hospital** <br> **1901 West Harrison St.** <br> **Chicago, IL 60612** | - | | **2007 - 2008** <br> **Medical Bills** | | | | 10,500.00 |
| Account No. <br><br> **Laurie Silvestri** <br> **70 W. Madison St. #5050** <br> **Chicago, IL 60602** | - | | **Notice only -- collection for Talman George Corner** | | | | 0.00 |
| Account No. 521144 <br><br> **Law Offices of Barry Serota & Assoc** <br> **P.O. Box 1008** <br> **Arlington Heights, IL 60006** | - | | **2004** <br> **Collection for Bank One Corp.** | | | | 4,335.15 |
| Account No. 371310912571001-A <br><br> **Law Offices of Mitchell N. Kay, P.C** <br> **P.O. Box 2374** <br> **Chicago, IL 60690-2374** | - | | **2005** <br> **Notice only -- collection for American Express** | | | | 0.00 |

Sheet no. __16__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

36,705.15

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Mile Zivkovic**                                        ,   Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Lawrence & Morris**<br>**2835 N. Sheffield Ave. Suite 232**<br>**Chicago, IL 60657** | - | | **Notice only -- collection for Toma and Rosa Popovic** | | | | 0.00 |
| Account No. **1301924** <br><br>**Linebarger Goggan Blair & Sampson**<br>**P.O. Box 06268**<br>**Chicago, IL 60606-0268** | - | | **Notice only --collection for Stroger Hospital** | | | | 0.00 |
| Account No. <br><br>**Ljubisa Davorija**<br>**531 Aldine Ave.**<br>**Chicago, IL 60657** | - | | **business** | | | | 1,800.00 |
| Account No. <br><br>**Lopez Bros Iron Works**<br>**236 N. Western Ave.**<br>**Chicago, IL 60612** | - | | **business** | | | | 7,000.00 |
| Account No. **1264** <br><br>**LTD Financial Services**<br>**7322 Southwest Freeway**<br>**Suite 1600**<br>**Houston, TX 77074** | J | | **2004**<br>**collection for Citibank** | | | | 332.11 |

Sheet no. __17__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,132.11

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Mile Zivkovic**                                                          ,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Magazine Professional Services Inc.**<br>**4247 W. Roosevelt Rd.**<br>**Chicago, IL 60623** | - | | | | | | 3,000.00 |
| Account No.<br><br>**Manuel Sinchi**<br>**4841 W. Nelson Ave.**<br>**Chicago, IL 60641** | - | | business--Montenegro Metal | | | | 10,000.00 |
| Account No.<br><br>**Matija Miljanovic**<br>**4218 Amelia**<br>**Lyons, IL 60534** | - | | loan | | | | 500.00 |
| Account No.  **A05217**<br><br>**McCarthy, Burgess & Wolff**<br>**the MB&W Building**<br>**26000 Cannon Road**<br>**Cleveland, OH 44146** | - | | 2006<br>Notice only --collection for R.H Donnelley | | | | 0.00 |
| Account No.  **194176**<br><br>**Medical Services RIC**<br>**36912 Eagle Way**<br>**Chicago, IL 60678-1369** | - | | 2008<br>Medical Bills | | | | 109.00 |

Sheet no. __18__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **13,609.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Mile Zivkovic**                                                                     ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. 8526272356 | | | | | 2008 collection for Midland Funding | | | | |
| Midland Credit Management Dept. 12421 P.O. Box 603 Oaks, PA 19456 | - | | | | | | | | 348.80 |
| Account No. | | | | | loan | | | | |
| Midwest Maintenance and Development 15 W. 444 Grand Ave. Elmhurst, IL 60126 | - | | | | | | | | 1,500.00 |
| Account No. | | | | | business | | | | |
| Mike Krkljus 5922 N. Clark Chicago, IL 60660 | - | | | | | | | | Unknown |
| Account No. | | | | | business judgment | | | | |
| Milan Medic 3139 S. Harlem Berwyn, IL 60402 | - | | | | | | | | 14,000.00 |
| Account No. | | | | | | | | | |
| Milan Zecevic 1919 Irving Park Rd. Chicago, IL 60613 | - | | | | | | | | 1,800.00 |

Sheet no. __19__ of __35__ sheets attached to Schedule of          Subtotal          | 17,648.80 |
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Mile Zivkovic** _____,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Milena Appleby, M.D. <br> 3114 W. Irving Park Rd. <br> Chicago, IL 60618 | | - | Medical Bills | | | | 1,000.00 |
| Account No. <br><br> Mirko Udovcich <br> 2415 Winnemac <br> Chicago, IL 60625 | | - | | | | | 2,500.00 |
| Account No. <br><br> Mohamed G. Ahmed <br> 518 Washington Ave. <br> Wood Dale, IL 60191 | | - | business | | | | 2,250.00 |
| Account No. zivkovic <br><br> Murphy Lomon & Associates <br> P.O. Box 2206 <br> Des Plaines, IL 60017-2206 | | - | 2005 <br> collection for Enterprise Rent-a-Car | | | | 563.58 |
| Account No. <br><br> Natalie B. Simovic, D.D.S. <br> 4147 N. Lincoln Ave. Unit 1 <br> Chicago, IL 60618 | | - | | | | | 2,500.00 |

Sheet no. __20__ of __35__ sheets attached to Schedule of          Subtotal
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)      **8,813.58**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Mile Zivkovic**                                                                 ,        Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **9080360**<br><br>**National Enterprise Systems**<br>**29125 solon Road**<br>**Solon, OH 44139-3442** | | - | | **2008**<br>**Notice only--collection for HSBC Card Services** | | | | 0.00 |
| Account No. **2002**<br><br>**National Pen Corporation**<br>**P.O Box 509051**<br>**San Diego, CA 92150** | | - | | collection | | | | 68.01 |
| Account No. **Zivkovic**<br><br>**Nationwide Credit**<br>**800 Westpoint Pkwy Ste 1100**<br>**Westlake, OH 44145-1500** | | - | | **2003**<br>**Notice only--collection for Americn Express** | | | | 0.00 |
| Account No.<br><br>**NCB Management Services**<br>**Box 1099**<br>**Langhorne, PA 19047** | J | | | **Notice only -- Collection for Household Finance** | | | | 0.00 |
| Account No. **1001210074**<br><br>**NCB Management Services**<br>**P.O. Box 1099**<br>**Langhorne, PA 19047** | | - | | **2003**<br>**collection for Household Finance** | | | | 7,835.88 |

Sheet no. __**21**__ of __**35**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,903.89

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Mile Zivkovic**                                                  ,   Case No. _____
_____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**NCO Financial Systems**<br>**4601 Sauk Trail, #300**<br>**Richton Park, IL 60471** | | J | **2002**<br>**Collection for NCO Asociates Radiologists** | | | | 199.00 |
| Account No. **BB3886**<br><br>**NCO Financial Systems, Inc.**<br>**507 Prudential Road**<br>**Horsham, PA 19044** | | - | **2005**<br>**Notice only -- Collection for American Express** | | | | 0.00 |
| Account No. **135391**<br><br>**NECC Telecom**<br>**P.O. Box 1588**<br>**Jeffersonville, IN 47131-1588** | | - | **2005**<br>**telephone service** | | | | 576.69 |
| Account No.<br><br>**Nevenka Torbica**<br>**2047 Wilmette Ave.**<br>**Wilmette, IL 60091** | | - | **business** | | | | Unknown |
| Account No. **90140**<br><br>**New Lenox Fire & Ambulance Service**<br>**P.O Box 457**<br>**Wheeling, IL 60090** | | - | **2003**<br>**Medical Bills** | | | | 500.00 |

Sheet no. __22__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    1,275.69

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Mile Zivkovic** _____,  Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **41-26-05-23976**<br><br>Nicor Gas<br>P.O. Box 2020<br>Aurora, IL 60507-2020 | - | | utility service | | | | 3,839.03 |
| Account No.<br><br>North Construction<br>1910 S. Grove Ave.<br>Berwyn, IL 60402 | - | | business | | | | 3,000.00 |
| Account No.<br><br>North Shore Motor Works<br>7420 N. Milwaukee<br>Niles, IL 60714 | - | | collection | | | | 500.00 |
| Account No.<br><br>Northwest Collectors<br>3601 Algonquin Rd., Suite 500<br>Rolling Meadows, IL 60008-3104 | - | | 2004<br>Notice only--Collection New Lenox Fire & Ambulance District for $500.00 | | | | 0.00 |
| Account No. **53008**<br><br>OSI Collection Services<br>P.O. Box 983<br>Brookfield, WI 53008 | - | | 2004<br>Notice only -- Collection for Citi Commerce | | | | 0.00 |

Sheet no. __23__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **7,339.03**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Mile Zivkovic** , Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Osorio Iron Works Inc.** <br> **4515 W. Thomas St.** <br> **Chicago, IL 60651** | - | | **2004** | | | | **Unknown** |
| Account No. **9003624306** <br><br> **People First Recoveries** <br> **2080 Elm St. Suite SE** <br> **Minneapolis, MN 55414-2531** | - | | **Notice only--Collection for HSBC Card Services** | | | | **0.00** |
| Account No. **6-5000-2725-9483** <br><br> **Peoples Gas** <br> **130 E. Randolph** <br> **Chicago, IL 60601** | - | | **2007** <br> **utilities** | | | | **96.13** |
| Account No. **04 M1165723** <br><br> **Peter and Niki Basharis** <br> **6151 N. Mozart** <br> **Chicago, IL 60659** | - | | **business contract** | | | | **5,500.00** |
| Account No. **KYL-186230** <br><br> **Premium Financing Specialists** <br> **462 South 4th St. #1610** <br> **Meidinger Tower** <br> **Louisville, KY 40202-2509** | - | | **2003** <br> **collection insurance premium** | | | | **2,944.30** |

Sheet no. __24__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **8,540.43**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Mile Zivkovic**                                                                     ,          Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **66347834** <br><br> **Progressive Recovery Techniques** <br> **P.O. Box 40279** <br> **Sunrise, FL 33345-9998** | - | | | **2005** <br> **Notice only -- collection for City of Chicago** | | | | 0.00 |
| Account No. <br><br> **R&R Flooring Distributors, Inc.** <br> **5827 Ogden Ave.** <br> **Cicero, IL 60804** | - | | | **business** | | | | 1,200.00 |
| Account No. **50031747** <br><br> **R.H. Donnelley** <br> **1615 Bluff City Highway** <br> **Bristol, TN 37620** | - | | | **2006** <br> **directory charges** | | | | 750.00 |
| Account No. <br><br> **Ramo Dzananovic** <br> **4917 N. Whipple** <br> **Chicago, IL 60625** | - | | | | | | | 10,000.00 |
| Account No. <br><br> **Ramo Dzananovic** <br> **4917 N. Whipple** <br> **Chicago, IL 60625** | - | | | **business** | | | | Unknown |

Sheet no. __25__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,950.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Mile Zivkovic** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Ravenswood Disposal Service, Inc.** <br> **221 N. Washtenaw** <br> **Chicago, IL 60612** | - | | business | | | | 1,200.00 |
| Account No. 3713-109125-71001 <br><br> **RCS Center Corp.** <br> **P.O. Box 12237** <br> **Hauppauge, NY 11788-0867** | - | | credit | | | | 851.75 |
| Account No. D0501400006 <br><br> **Resurrection Health Care** <br> **5645 W. Addison St.** <br> **Chicago, IL 60634** | - | | 2005 <br> Medical Bills | | | | 1,027.25 |
| Account No. 7111-8394-2434-5207 <br><br> **Retail Services** <br> **P.O. Box 17298** <br> **Baltimore, MD 21297-1298** | J | | revolving; 03 <br> Credit card purchases (Costco Wholesale) | | | | 2,586.92 |
| Account No. 5775130 <br><br> **RMS** <br> **260 E. Wentworth Ave.** <br> **St. Paul, MN 55118** | - | | 2006 <br> collection for Ecast | | | | 8,436.40 |

Sheet no. __26__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,102.32

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Mile Zivkovic**                                              ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **zivkovic**<br><br>**Robert C. Samko, P.C.**<br>**100 West Monroe Street, Ste. 1900**<br>**Chicago, IL 60603** | - | | **2005**<br>**Notice only -- collection for Barr Management** | | | | 0.00 |
| Account No.<br><br>**Robert's Sheet Metal Works, Inc.**<br>**4447 W. Kenzie St.**<br>**Chicago, IL 60624** | - | | **loan** | | | | 2,000.00 |
| Account No.<br><br>**Robert's Sheet Metal Works, Inc.**<br>**4347 W. Kenzie St.**<br>**Chicago, IL 60624** | - | | **business** | | | | 2,000.00 |
| Account No. **0408030**<br><br>**Roofing, Siding & More**<br>**1040 S. Arlington Heights Rd. #108**<br>**Arlington Heights, IL 60005** | - | | **2004**<br>**lien** | | | | 2,010.00 |
| Account No.<br><br>**Roosevelt Western Currency Exchange**<br>**1143 S. Western Ave.**<br>**Chicago, IL 60612** | - | | **2007** | | | | 11,000.00 |

| | | |
|---|---|---|
| Sheet no. __**27**__ of __**35**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 17,010.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Mile Zivkovic**                                                    ,          Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **mile zivkovic** <br><br> **Salvatore Spinelli, Esq.** <br> **CS 9018** <br> **Melville, NY 11747** | - | | **2003** <br> **collection for Home Depot** | | | | **0.00** |
| Account No. <br><br> **Seka Medich** <br> **2047 Wilmette Ave.** <br> **Wilmette, IL 60091** | - | | **business** | | | | **Unknown** |
| Account No. <br><br> **Serbian Radio Chicago** <br> **P.O. Box 178491** <br> **Chicago, IL 60617** | - | | **2006** <br> **advertising** | | | | **1,000.00** |
| Account No. <br><br> **Serbian Yellow Pages** <br> **7400 N. Waukegan** <br> **Niles, IL 60714** | - | | **advertising** | | | | **3,000.00** |
| Account No. **641-201-264** <br><br> **Shell Credit Card Center** <br> **P.O. Box 790070** <br> **Houston, TX 77279-0070** | - | | **2003** <br> **credit** | | | | **358.63** |

Sheet no. __28__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | **4,358.63**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Mile Zivkovic**                                                    ,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **1264** | | | | revolving; 03 Credit card purchases | | | | |
| **Shell Oil CBE Group, Inc. P.O. Box 3251 Milwaukee, WI 53201-3251** | | J | | | | | | 441.12 |
| Account No. | | - | | business | | | | |
| **Siding-1, Inc. 3066 N. Clybourn Ave. Chicago, IL 60618** | | | | | | | | 2,900.00 |
| Account No. | | - | | business -- Montenegro Metal | | | | |
| **Sladjan Vasic 1009 W. Dakota St. Spring Valley, IL 61362** | | | | | | | | 30,000.00 |
| Account No. | | - | | business | | | | |
| **Sladjan Vasic 1009 W. Dakota St. Spring Valley, IL 61362** | | | | | | | | 25,000.00 |
| Account No. | | - | | | | | | |
| **Slobodan Mike Pavlovic 5922 N. Clark Chicago, IL 60660** | | | | | | | | Unknown |

Sheet no. __29__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**58,341.12**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Mile Zivkovic**                                                                    ,        Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | personal loan | | | | |
| Stevan Dosen 444 Grand Place Elmhurst, IL 60126 | - | | | | | | | | 1,800.00 |
| Account No. | | | | | loan | | | | |
| Steve Dimitrijevic 4169 N. Elston Ave. Chicago, IL 60618 | - | | | | | | | | 3,000.00 |
| Account No. **zivkovic** | | | | | 2005 Medical Bills | | | | |
| Swedish Covenant Hospital 5145 N. California Chicago, IL 60625-3642 | | | | | | | | | 3,185.00 |
| Account No. | | | | | 2003 contract | | | | |
| Syed Hussaini 4141 N. Hamlin Chicago, IL 60618 | - | | | | | | | | Unknown |
| Account No. | | | | | contract claim | | | | |
| Talman George Corner 3105 N. Ashland, Suite 367 Chicago, IL 60657 | - | | | | | | | | 37,426.00 |

Sheet no. __30__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **45,411.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Mile Zivkovic**                                                          ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Tate & Kirlin Associates**<br>**2810 Southampton Road**<br>**Philadelphia, PA 19154** | - | | **Notice only--collection for HSBC Card Services** | | | | **0.00** |
| Account No.<br><br>**Todor Mateiu**<br>**5254 W. Irving Park Rd.**<br>**Chicago, IL 60641** | - | | **2007** | | | | **Unknown** |
| Account No.<br><br>**Toma and Roza Popovic**<br>**5730 N. Sheridan**<br>**Chicago, IL 60660** | - | | **2003** | | | | **1,900.00** |
| Account No.<br><br>**Torres Credit Services, Inc.**<br>**27 Fairview Street**<br>**P.O. Box 189**<br>**Carlisle, PA 17015-3121** | - | | **Notice only** | | | | **0.00** |
| Account No.<br><br>**Trajce**<br>**1348 W. Argyle**<br>**Chicago, IL 60640** | - | | **loan** | | | | **300.00** |

Sheet no. __31__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,200.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Mile Zivkovic**                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | debt | | | | |
| Trajko Trajkovski 7902 Independence St. Merrillville, IN 46410 | - | | | | | | | 2,000.00 |
| Account No. 8521 | | | | 2004 Notice only --collection for Bank One | | | | |
| TRIADvantage Credit Services 1160 Centre Pointe Drive, Suite 1 Mendota Heights, MN 55120 | - | | | | | | | 0.00 |
| Account No. zivkovic | | | | 2005 service | | | | |
| U-Haul 4301 N. Cicero Ave. Chicago, IL 60641 | - | | | | | | | 700.00 |
| Account No. 005400458-01-0103 | | | | 2005 collection Alliance Data Systems | | | | |
| Valentine & Kebartas, Inc. P.O Box 325 Lawrence, MA 01842 | - | | | | | | | 806.94 |
| Account No. 5178-0077-0203-1824 | | | | 2006 collection for First Premier Bank | | | | |
| Van Ru Credit Corporation 850 Ulmerton Rd. Suite 225 Largo, FL 33771-8155 | - | | | | | | | 383.77 |

Sheet no. __32__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    3,890.71

B6F (Official Form 6F) (12/07) - Cont.

In re   **Mile Zivkovic** _____,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Vele Velibor**<br>**4035 N. Drake**<br>**Chicago, IL 60618** | - | | | | | | 5,000.00 |
| Account No.<br><br>**Vera Piletich**<br>**9666 W. River St.**<br>**Schiller Park, IL 60176** | - | | **loan** | | | | 2,500.00 |
| Account No. 7217<br><br>**Verizon Wireless**<br>**c/o E R Solutions, Inc.**<br>**P.O. Box 9004**<br>**Renton, WA 98057-9004** | J | | **revolving; 03**<br>**cellular phone** | | | | 997.35 |
| Account No. 1544<br><br>**Viking Collection Service**<br>**P.O. Box 59207**<br>**Minneapolis, MN 55459-0207** | J | | **2003**<br>**Notice only -- collection for Capital One** | | | | 0.00 |
| Account No. 013325<br><br>**Village of Lyons**<br>**7801 W. Ogden Ave.**<br>**Lyons, IL 60534** | - | | **2009**<br>**water/garbage** | | | | 830.00 |

Sheet no. __**33**__ of __**35**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **9,327.35**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Mile Zivkovic**                                                     ,        Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Notice only -- representation for Milan Medich | | | | |
| Vladimir Uman 3948 W. 6th St. #113 Chicago, IL 60623 | - | | | | | | | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | Notice only -- Collection for WDNZ | | | | |
| Walinski & Trunkett PC 25 E. Washington #1221 Chicago, IL 60602 | - | | | | | | | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | 2008 advertising | | | | |
| WDNZ, Inc. 5625 N. Milwaukee Ave. Chicago, IL 60646 | - | | | | | | | | |
| | | | | | | | | | 2,750.00 |
| Account No. 475050304088521 | | | | | 2007 collection for bline and AT&T | | | | |
| West Asset Management, Inc. P.O. Box 105893 Atlanta, GA 30348-5478 | - | | | | | | | | |
| | | | | | | | | | 2,575.20 |
| Account No. 5856-3706-8818-0240 | | | | | 2004 store credit Harlem Furniture | | | | |
| WFNNB Attn: Bankruptcy Dept. P.O. Box 182125 Columbus, OH 43218-2125 | - | | | | | | | | |
| | | | | | | | | | 2,281.00 |

Sheet no. __34__ of __35__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **7,606.20**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Mile Zivkovic**                                                                  ,    Case No. _____
　　　　　　　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **06 M1 711075** <br><br> **Wojtech Kantoch** <br> **c/o Jerry Kugler** <br> **3376 N. Central** <br> **Chicago, IL 60634** | - | | | **2006** <br> **judgment for rent** | | | | **4,500.00** |
| Account No. <br><br> **Zdravko Micevic** <br> **4702 Olcott Ave.** <br> **Harwood Heights, IL 60706** | - | | | | | | | **6,000.00** |
| Account No. <br><br><br><br> | | | | | | | | |
| Account No. <br><br><br><br> | | | | | | | | |
| Account No. <br><br><br><br> | | | | | | | | |

Sheet no. __35__ of __35__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | | **10,500.00** |
| Total <br> (Report on Summary of Schedules) | | **479,197.72** |

B6G (Official Form 6G) (12/07)

.

In re    **Mile Zivkovic**
_____,         Case No. _____
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6H (Official Form 6H) (12/07)

In re    **Mile Zivkovic**                                                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Dragana Zivkovic**<br>**5816 W. Waveland Ave.**<br>**Chicago, IL 60634** | **Bank One**<br>**P.O. Box 8650**<br>**Wilmington, DE 19899-8650** |

**0**

_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6I (Official Form 6I) (12/07)

In re **Mile Zivkovic**                                                                 Case No. _____
                                                 Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Separated** | RELATIONSHIP(S): - | AGE(S): - |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **welder** | |
| Name of Employer | **self-employed** | |
| How long employed | **over 1 year** | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ **1,000.00** | $ **0.00** |
| 2. Estimate monthly overtime | $ **0.00** | $ **0.00** |
| 3. SUBTOTAL | $ **1,000.00** | $ **0.00** |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | $ **0.00** | $ **0.00** |
|    b. Insurance | $ **0.00** | $ **0.00** |
|    c. Union dues | $ **0.00** | $ **0.00** |
|    d. Other (Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ **0.00** | $ **0.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ **1,000.00** | $ **0.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ **0.00** | $ **0.00** |
| 8. Income from real property | $ **0.00** | $ **0.00** |
| 9. Interest and dividends | $ **0.00** | $ **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ **0.00** | $ **0.00** |
| 11. Social security or government assistance (Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 12. Pension or retirement income | $ **0.00** | $ **0.00** |
| 13. Other monthly income (Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ **0.00** | $ **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ **1,000.00** | $ **0.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ **1,000.00** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**Debtor has no income now in winter; work varies and is seasonal**

B6J (Official Form 6J) (12/07)

In re   **Mile Zivkovic**                                                   Case No. _____
                              Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | | | |
|---|---|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | | $ | 400.00 |
| a. Are real estate taxes included? | Yes ___ | No **X** | | |
| b. Is property insurance included? | Yes ___ | No **X** | | |
| 2. Utilities: a. Electricity and heating fuel | | | $ | 0.00 |
| b. Water and sewer | | | $ | 0.00 |
| c. Telephone | | | $ | 0.00 |
| d. Other | | | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | | | $ | 0.00 |
| 4. Food | | | $ | 350.00 |
| 5. Clothing | | | $ | 20.00 |
| 6. Laundry and dry cleaning | | | $ | 0.00 |
| 7. Medical and dental expenses | | | $ | 0.00 |
| 8. Transportation (not including car payments) | | | $ | 200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | | $ | 0.00 |
| 10. Charitable contributions | | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | | |
| a. Homeowner's or renter's | | | $ | 0.00 |
| b. Life | | | $ | 0.00 |
| c. Health | | | $ | 0.00 |
| d. Auto | | | $ | 130.00 |
| e. Other | | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | | |
| (Specify) | | | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | | |
| a. Auto | | | $ | 0.00 |
| b. Other | | | $ | 0.00 |
| c. Other | | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | | $ | 0.00 |
| 17. Other | | | $ | 0.00 |
| Other | | | $ | 0.00 |

| | | |
|---|---|---|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 1,100.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | | |
|---|---|---|---|
| a. | Average monthly income from Line 15 of Schedule I | $ | 1,000.00 |
| b. | Average monthly expenses from Line 18 above | $ | 1,100.00 |
| c. | Monthly net income (a. minus b.) | $ | -100.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Mile Zivkovic**                                                        Case No. _____
                                               Debtor(s)            Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**50**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **December 28, 2009**                    Signature   **/s/ Mile Zivkovic**
                                                            **Mile Zivkovic**
                                                            Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    __Mile Zivkovic__                                                                    Case No. _____

_____

Debtor(s)              Chapter    __7__

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
| --- | --- |
| **$0.00** | **Employment income - estimated 2004** |
| **$0.00** | **Employment income - estimated 2003** |
| **$0.00** | **Employment income - estimated 2002** |

2

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

**3. Payments to creditors**

None
☐

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **GMAC**<br>**PO Box 51014**<br>**Carol Stream, IL 60125-1014** | **regular monthly automobile payments** | **$1,500.00** | **$21,704.00** |

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Cedomir Ristic v. Mile Zivkovic**<br>**03M1133274** | **civil suit** | **Circuit Court of Cook County Chicago, IL** | **judgment entered** |
| **Bank One., N.A. v. Mile and Verica Zivkovic**<br>**04M1-132670** | **civil suit** | **Circuit Court of Cook County** | **pending** |

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **City of Chicago v Mile Zivkovic d/b/a Montenegero Metal 0505005922** | **ordinance violations** | **City of Chicago Dept of Administrative Hearings** | **judgment entered $1,025.00** |
| **Milan Mike Medich v. Debtor 08 M1 175894** | **contract suit** | **Circuit Court Cook County** | **judgment entered (business & personally) $14,500** |
| **Peter and Niki Bashiris v Debtor 04 M1 165723** | **contract claim** | **Circuit Court cook County** | **default judgment $5,500** |
| **Vojtech Kantoch v. Debtor 06-M1-711075** | **civil suit rent** | **Circuit Court Cook County** | **judgment entered $4,500** |
| **WDNZ v. Debtor 08 M1 197445** | **civil suit collection advertising** | **Circuit court Cook County** | **judgment entered $2,750** |
| **Talman George Corner v. Montegro Metal and Mike Zivkovic 06-L-008355** | **contract suit** | **Circuit Court Cook County** | **judgment entered $37,426** |

None
■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None
■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None
■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

4

### 7.  Gifts

None ■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8.  Losses

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9.  Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Natasha Bukorovic**<br>**8935 Broadway**<br>**Merrillville, IN 46410** | **2004** | **$1,000.00/$1800** |

### 10.  Other transfers

None ■

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11.  Closed financial accounts

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

5

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None
■    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement* **only** *if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
■    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None ■ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

### 20. Inventories

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 22 . Former partners, officers, directors and shareholders

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                              TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **December 28, 2009**                    Signature    **/s/ Mile Zivkovic**

**Mile Zivkovic**
Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re __Mile Zivkovic__ _____        Case No. _____
                                    Debtor(s)            Chapter    __7__ _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by
property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**-NONE-** | **Describe Property Securing Debt:** |

Property will be (check one):
☐ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt          ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease.
Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or
personal property subject to an unexpired lease.**

Date __December 28, 2009__ _____        Signature __/s/ Mile Zivkovic__ _____
                                                        **Mile Zivkovic**
                                                        Debtor

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Mile Zivkovic**                                    Case No. _____

                              Debtor(s)          Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **300.00** |
| Prior to the filing of this statement I have received | $ | **300.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

   ■ Debtor   ☐ Other (specify):

3.   The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.   [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

**CERTIFICATION**

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **December 28, 2009**                    **/s/ Natasha Bukorovic**
                                                  **Natasha Bukorovic**
                                                  **Natasha Bukorovic**
                                                  **5057 N Harlem**
                                                  **Chicago, IL 60656**
                                                  **773-592-2188  Fax: 733-337-1133**
                                                  **nbukorovic@yahoo.com**

---

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy
Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Form B 201A, Notice to Consumer Debtor(s)                                                                                                Page 2

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Mile Zivkovic** _____     Case No. _____
                                    Debtor(s)              Chapter   **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | | |
|---|---|---|
| **Mile Zivkovic** | X **/s/ Mile Zivkovic** | **December 28, 2009** |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| | | |
| Case No. (if known) _____ | X _____ | |
| | Signature of Joint Debtor (if any) | Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Mile Zivkovic**                                                     Case No.
_____                 Chapter   **7**   _____
                                    Debtor(s)

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors:   _____ **175**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **December 28, 2009**                   **/s/ Mile Zivkovic**
_____              _____
                                       **Mile Zivkovic**
                                       Signature of Debtor

A City Suburban Service, Inc.
100 W. Plainfield Rd. Unit 204
La Grange, IL 60525


ABN AMro Mortgage Group
c/o Shapiro & Kreisman, LLC
4201 Lake Cook Road
Northbrook, IL 60062


Addison Emergency Physicians
520 E. 22nd St.
Lombard, IL 60148


Addison Radiology Assoc., S.C.
520 E. 22nd St.
Lombard, IL 60148


Alliance One
4850 Street Rd., Level C
Trevose, PA 19053


American Express
c/o NCO Financial Systems
P.O. Box 41747
Philadelphia, PA 19101-1457


American Express
P.O. Box 981535
El Paso, TX 79998-1535


American Express
P.O. Box 6618
Omaha, NE 68105-0618


Amoco
Processing Center
Des Moines, IA 50367-0100


Armitage Welding Inc.
3212 W. Armitage
Chicago, IL 60647


Armor Systems Corp.
2322 N. Green Bay Road
Waukegan, IL 60087-4209

Arrow Financial Services
5996 W. Touhy Ave.
Niles, IL 60714

Aspen Card
P.O. Box 105555
Atlanta, GA 30348-5555

Bank One
P.O. Box 8650
Wilmington, DE 19899-8650

Bank One
P. O. Box 818823
Dayton, OH 45481-8823

Bank One
c/o Freedman Anselmo Lindberg & Rap
P.O. Box 3228
Naperville, IL 60566-7228

Bank One
c/o Arrow Financial Services
5996 W. Touhy Ave.
Niles, IL 60714-4610

Bank One
P.O. Box 8650
Wilmington, DE 19899-0882

Bank One
1111 Polaris Pkwy, Suite 2P
Columbus, OH 43240

Barr Management
2400 W. Devon
Chicago, IL 60659

Bass & Associates
3936 E. Fort Lowell Rd., Suite 200
Tucson, AZ 85712-1083

Belmont Central Currency Exchange
5559 W. Belmont
Chicago, IL 60641

Brookfield Currency Exchange
9450 West Ogden Avenue
Brookfield, IL 60513


California Mufflers & Brakes
8050 W. Ogden Ave.
Lyons, IL 60534


Capital Management Services, LP
726 Exchange Street, Suite 700
Buffalo, NY 14210


Capitol One
P.O. Box 30285
Salt Lake City, UT 84130-0285


Carlos Pineda
925 W. Lakeside Ave.
Chicago, IL 60640


CBCS
P.O. Box 69
Columbus, OH 43216


CBE Group, Inc.
131 Tower Park, Suite 100
P.O. Box 2635
Waterloo, IA 50704-2635


CCB Credit Services
5300 S. 6th St.
Springfield, IL 62703-5184


Cedo Krstic
2001 Sherman Ave. #303
Evanston, IL 60201


Cedomir Ristic
4830 N. Linder Ave., 3A
Chicago, IL 60630


Citibak
c/o United Collection Bureau, Inc.
P.O. Box 140516
Toledo, OH 43614-0516

Citibank
c/o Encore Receiveables Management
P.O. Box 3330
Olathe, KS 66063-3330


City of Chicago
Dept. of Consumer Services
50 W. Washington St., Room 208
Chicago, IL 60602


City of Chicago
Department of Revenue
P.O. Box 805030
Chicago, IL 60680-1292


City of Chicago
Dept of Revenue Collections Divisio
333 S. State St., Suite 540
Chicago, IL 60604


Clark-Devon Hardware Co.
6401 N. Clark St.
Chicago, IL 60626


Client Services, Inc.
3451 Harry Truman Blvd.
St. Charles, MO 63301-3236


Credit Collection Services
Two Wells Avenue Dept. 7250
Newton Center, MA 02459


CRSI
P.O. Box 13367
Seattle, WA 98198


D. Wexler & Sons
4821 S. Aberdeen St.
Chicago, IL 60609


Diagnostic Radiology Spec., SC
1415 West 55th St., Suite 101
Countryside, IL 60525

Dish Network
Dept. 0063
Palatine, IL 60055


Dragan Ostoic
5922 N. Clark
Chicago, IL 60660


Dragana Zivkovic
5816 W. Waveland Ave.
Chicago, IL 60634


Dragomir Ilich
2047 Wilmette Ave.
Wilmette, IL 60091


Dusan Banjeglavic
3737 Bellevue St.
Tucson, AZ 85716


Dusan Milosavljevic
3912 W. Montrose Ave.
Chicago, IL 60618


Encore Receiveable Management
400 N. Rogers Rd.
P.O. Box 3330
Olathe, KS 66063-3330


European Builders, Inc.
9502 Lawrence Court
Schiller Park, IL 60176


Fadil Osmankic
5316 N. Washtenaw Ave.
Chicago, IL 60625


Financial Asset Management Systems
P.O Box 45109
Atlanta, GA 31145-9409


First Premier Bank
P.O. Box 5519
Sioux Falls, SD 57117-5519

Fischer Mangold Joliet
7535 Southfront Rd. Bldg B
Livermore, CA 94550-4201


Florim Shala
4509 Maple Ave., Apt. C
Brookfield, IL 60513


Francisca Borges
232 Jefferson Lane
Wood Dale, IL 60191


Frane Spahija
7324 Oak Wood St.
Lyons, IL 60534


Freedman Anselmo Lindberg & Rappe
1807 W. Diehl Rd.
Naperville, IL 60593-1890


GC Services Limited Partnership
6330 Gulfton
Houston, TX 77081


Globecom Global Telecom
c/o Creditors' Alliance, Inc.
P.O. Box 1288
Bloomington, IL 61702-1288


GMAC
PO Box 51014
Carol Stream, IL 60125-1014


Goran and Sanya Dimitrijevic
5519 N. Artesian
Chicago, IL 60656


Gordon Brothers Iron & Metal
1340 W. 43rd St.
Chicago, IL 60609


Gus V. Arvanitis
GVA holdings LLC
6111 N. Richmond
Chicago, IL 60659

Harris & Harris
600 W. Jackson Blvd., Suite 400
Chicago, IL 60661


Heller and Frisone, Ltd.
33 N. LaSalle St., Suite 1200
Chicago, IL 60602


Home Depot
P.O. Box 689100
Des Moines, IA 50368-9100


Home Depot
2555 N. Normandy
Chicago, IL 60707


Household Bank
PO Box 15521
Wilmington, DE 19850


Household Financial Services
P.O. Box 17574
Baltimore, MD 21297


HSBC Card Services
P.O. Box 80084
Salinas, CA 93912-0084


Ilija Zorich
2208 Sand Lake Rd.
Gurnee, IL 60031


Illinois Collection Service
4647 W. 103rd St.
P.O. Box 646
Oak Lawn, IL 60454


IR Design Inc.
5300 N. Damen Ave.
Chicago, IL 60625


Jasmin and Senka Burzic
2644 Reuter Ave.
Franklin Park, IL 60131

Jasminka Kostic, M.D.
3114 W. Irving Park Road
Chicago, IL 60618


Jefferson Capital Systems
16 McLeland Road
St. Cloud, MN 56303


Joe Salerno
P.O. Box 4407
Wheaton, IL 60189


John Collins
2648 West Crystal St.
Chicago, IL 60622


John H. Stroger, Jr. Hospital
1901 West Harrison St.
Chicago, IL 60612


Laurie Silvestri
70 W. Madison St. #5050
Chicago, IL 60602


Law Offices of Barry Serota & Assoc
P.O. Box 1008
Arlington Heights, IL 60006


Law Offices of Mitchell N. Kay, P.C
P.O. Box 2374
Chicago, IL 60690-2374


Lawrence & Morris
2835 N. Sheffield Ave. Suite 232
Chicago, IL 60657


Linebarger Goggan Blair & Sampson
P.O. Box 06268
Chicago, IL 60606-0268


Ljubisa Davorija
531 Aldine Ave.
Chicago, IL 60657

Lopez Bros Iron Works
236 N. Western Ave.
Chicago, IL 60612


LTD Financial Services
7322 Southwest Freeway
Suite 1600
Houston, TX 77074


Magazine Professional Services Inc.
4247 W. Roosevelt Rd.
Chicago, IL 60623


Manuel Sinchi
4841 W. Nelson Ave.
Chicago, IL 60641


Matija Miljanovic
4218 Amelia
Lyons, IL 60534


McCarthy, Burgess & Wolff
the MB&W Building
26000 Cannon Road
Cleveland, OH 44146


Medical Services RIC
36912 Eagle Way
Chicago, IL 60678-1369


Midland Credit Management
Dept. 12421
P.O. Box 603
Oaks, PA 19456


Midwest Maintenance and Development
15 W. 444 Grand Ave.
Elmhurst, IL 60126


Mike Krkljus
5922 N. Clark
Chicago, IL 60660

Milan Medic
3139 S. Harlem
Berwyn, IL 60402

Milan Zecevic
1919 Irving Park Rd.
Chicago, IL 60613

Milena Appleby, M.D.
3114 W. Irving Park Rd.
Chicago, IL 60618

Mirko Udovcich
2415 Winnemac
Chicago, IL 60625

Mohamed G. Ahmed
518 Washington Ave.
Wood Dale, IL 60191

Murphy Lomon & Associates
P.O. Box 2206
Des Plaines, IL 60017-2206

Natalie B. Simovic, D.D.S.
4147 N. Lincoln Ave. Unit 1
Chicago, IL 60618

National Enterprise Systems
29125 solon Road
Solon, OH 44139-3442

National Pen Corporation
P.O Box 509051
San Diego, CA 92150

Nationwide Credit
800 Westpoint Pkwy Ste 1100
Westlake, OH 44145-1500

NCB Management Services
Box 1099
Langhorne, PA 19047

NCB Management Services
P.O. Box 1099
Langhorne, PA 19047


NCO Financial Systems
4601 Sauk Trail, #300
Richton Park, IL 60471


NCO Financial Systems, Inc.
507 Prudential Road
Horsham, PA 19044


NECC Telecom
P.O. Box 1588
Jeffersonville, IN 47131-1588


Nevenka Torbica
2047 Wilmette Ave.
Wilmette, IL 60091


New Lenox Fire & Ambulance Service
P.O Box 457
Wheeling, IL 60090


Nicor Gas
P.O. Box 2020
Aurora, IL 60507-2020


North Construction
1910 S. Grove Ave.
Berwyn, IL 60402


North Shore Motor Works
7420 N. Milwaukee
Niles, IL 60714


Northwest Collectors
3601 Algonquin Rd., Suite 500
Rolling Meadows, IL 60008-3104


OSI Collection Services
P.O. Box 983
Brookfield, WI 53008

Osorio Iron Works Inc.
4515 W. Thomas St.
Chicago, IL 60651


People First Recoveries
2080 Elm St. Suite SE
Minneapolis, MN 55414-2531


Peoples Gas
130 E. Randolph
Chicago, IL 60601


Peter and Niki Basharis
6151 N. Mozart
Chicago, IL 60659


Premium Financing Specialists
462 South 4th St. #1610
Meidinger Tower
Louisville, KY 40202-2509


Progressive Recovery Techniques
P.O. Box 40279
Sunrise, FL 33345-9998


R&R Flooring Distributors, Inc.
5827 Ogden Ave.
Cicero, IL 60804


R.H. Donnelley
1615 Bluff City Highway
Bristol, TN 37620


Ramo Dzananovic
4917 N. Whipple
Chicago, IL 60625


Ravenswood Disposal Service, Inc.
221 N. Washtenaw
Chicago, IL 60612


RCS Center Corp.
P.O. Box 12237
Hauppauge, NY 11788-0867

Resurrection Health Care
5645 W. Addison St.
Chicago, IL 60634


Retail Services
P.O. Box 17298
Baltimore, MD 21297-1298


RMS
260 E. Wentworth Ave.
St. Paul, MN 55118


Robert C. Samko, P.C.
100 West Monroe Street, Ste. 1900
Chicago, IL 60603


Robert's Sheet Metal Works, Inc.
4447 W. Kenzie St.
Chicago, IL 60624


Robert's Sheet Metal Works, Inc.
4347 W. Kenzie St.
Chicago, IL 60624


Roofing, Siding & More
1040 S. Arlington Heights Rd. #108
Arlington Heights, IL 60005


Roosevelt Western Currency Exchange
1143 S. Western Ave.
Chicago, IL 60612


Salvatore Spinelli, Esq.
CS 9018
Melville, NY 11747


Seka Medich
2047 Wilmette Ave.
Wilmette, IL 60091


Serbian Radio Chicago
P.O. Box 178491
Chicago, IL 60617

Serbian Yellow Pages
7400 N. Waukegan
Niles, IL 60714


Shapiro & Kreisman
4201 Lake Cook Rd
Northbrook, IL 60062


Shell Credit Card Center
P.O. Box 790070
Houston, TX 77279-0070


Shell Oil
CBE Group, Inc.
P.O. Box 3251
Milwaukee, WI 53201-3251


Siding-1, Inc.
3066 N. Clybourn Ave.
Chicago, IL 60618


Sladjan Vasic
1009 W. Dakota St.
Spring Valley, IL 61362


Slobodan Mike Pavlovic
5922 N. Clark
Chicago, IL 60660


Stevan Dosen
444 Grand Place
Elmhurst, IL 60126


Steve Dimitrijevic
4169 N. Elston Ave.
Chicago, IL 60618


Swedish Covenant Hospital
5145 N. California
Chicago, IL 60625-3642


Syed Hussaini
4141 N. Hamlin
Chicago, IL 60618

Talman George Corner
3105 N. Ashland, Suite 367
Chicago, IL 60657


Tate & Kirlin Associates
2810 Southampton Road
Philadelphia, PA 19154


Todor Mateiu
5254 W. Irving Park Rd.
Chicago, IL 60641


Toma and Roza Popovic
5730 N. Sheridan
Chicago, IL 60660


Torres Credit Services, Inc.
27 Fairview Street
P.O. Box 189
Carlisle, PA 17015-3121


Trajce
1348 W. Argyle
Chicago, IL 60640


Trajko Trajkovski
7902 Independence St.
Merrillville, IN 46410


TRIADvantage Credit Services
1160 Centre Pointe Drive, Suite 1
Mendota Heights, MN 55120


U-Haul
4301 N. Cicero Ave.
Chicago, IL 60641


Valentine & Kebartas, Inc.
P.O Box 325
Lawrence, MA 01842


Van Ru Credit Corporation
850 Ulmerton Rd. Suite 225
Largo, FL 33771-8155

Vele Velibor
4035 N. Drake
Chicago, IL 60618


Vera Piletich
9666 W. River St.
Schiller Park, IL 60176


Verizon Wireless
c/o E R Solutions, INc.
P.O. Box 9004
Renton, WA 98057-9004


Viking Collection Service
P.O. Box 59207
Minneapolis, MN 55459-0207


Village of Lyons
7801 W. Ogden Ave.
Lyons, IL 60534


Vladimir Uman
3948 W. 6th St. #113
Chicago, IL 60623


Walinski & Trunkett PC
25 E. Washington #1221
Chicago, IL 60602


WDNZ, Inc.
5625 N. Milwaukee Ave.
Chicago, IL 60646


West Asset Management, Inc.
P.O. Box 105893
Atlanta, GA 30348-5478


WFNNB
Attn: Bankruptcy Dept.
P.O. Box 182125
Columbus, OH 43218-2125

Wojtech Kantoch
c/o Jerry Kugler
3376 N. Central
Chicago, IL 60634


Zdravko Micevic
4702 Olcott Ave.
Harwood Heights, IL 60706